IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01511-BNB

CARLON MCGINN,

Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -3 2010

GREGORY C. LANGHAM
           CLERK

## ORDER TO FILE PRE-ANSWER RESPONSE

Applicant, Carlon McGinn, is a prisoner in the custody of the Kansas Department of Corrections. He has filed *pro se* an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his 2002 Colorado conviction for felony menacing, pursuant to a plea agreement. He was sentenced to a three-year prison term in the Colorado Department of Corrections. In 2003, Mr. McGinn was convicted of two felonies in a Kansas state district court. He alleges that the 2002 Colorado conviction was used to enhance the sentences imposed for the 2003 Kansas convictions, resulting in a 554-month prison sentence for one of the Kansas convictions and "109 months concurrent, and consecutive to 36-month post-release on prior Colorado Conviction . . . giving rise to this [A]pplication." Application at 19. He paid the $5.00 filing fee.

As part of the preliminary consideration of Mr. McGinn's § 2254 Application, and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), the Court has

determined that a limited Pre-Answer Response is appropriate. The Attorney General of the State of Colorado is therefore directed to file a Pre-Answer Response limited to addressing whether Applicant is "in custody" for the purposes of the conviction he is challenging, as well as the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). *See* Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. If the Attorney General of the State of Colorado does not intend to raise either of these affirmative defenses, he must notify the Court of that decision in the Pre-Answer Response. The Attorney General of the State of Colorado may not file a dispositive motion as his Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, the Attorney General of the State of Colorado should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether the Applicant was in custody for the challenged 2002 Colorado conviction at the time this action was filed, whether this action is filed in a timely manner, and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the "in custody" requirement of 28 U.S.C. § 2254(a), the one-year limitation period under 28 U.S.C. § 2244(d), and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action

in this Court. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** the Attorney General of the State of Colorado shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if the Attorney General of the State of Colorado does not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, he must notify the Court of that decision in the Pre-Answer Response.

DATED August 3, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01511-BNB

Carlon McGinn
Prisoner No. 62252
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 7/27/10 on 8/3/10 .

GREGORY C. LANGHAM, CLERK

By:_____
    Deputy Clerk